_____

No. 96-2852MN
_____

Darlow T. Madge; Brian A.           *
Madge; Lynne Leger,                 *
                                    *
          Appellants,               *
                                    *
     v.                             *
                                    *   Appeal from the United States
David Lee Lillehaug; Janet Reno;*    District Court for the District
Paul A. Magnuson; James M.          *    of Minnesota.
Rosenbaum; David S. Doty;           *
Richard H. Kyle; Michael J.         *            [UNPUBLISHED]
Davis; Donald D. Alsop; Harry       *
H. MacLaughlin; Robert G.           *
Renner; Earl R. Larson; West        *
Publishing Company,                 *
                                    *
          Appellees.                *
                              _____

               Submitted:  December 26, 1996

                  Filed:  January 6, 1997
                              _____

Before FAGG, WOLLMAN, and MURPHY, District Judges.
                              _____


PER CURIAM.


     Darlow T. Madge, Brian A. Madge, and Lynne Leger appeal the district
court's order dismissing their action.  We conclude the district court's
decision is clearly correct.  Assuming but not deciding that appellants'
claim against the legal publishing company presents an actual controversy,
the appellants lack standing to raise the claim.  We affirm.  See 8th Cir.
R. 47B.


     A true copy.


        Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.